## UNITED STATES DISTRICT COURT  EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| AARON CHARLES HILL, § | |
| § | |
| Petitioner, § | |
| § | |
| versus § | CIVIL ACTION NO. 1:18-CV-411 |
| § | |
| DIRECTOR, TDCJ-CID, § | |
| § | |
| Respondent. § | |

# MEMORANDUM ORDER ADOPTING THE
# MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Aaron Charles Hill, prisoner currently confined at the Holiday Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2254.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends dismissing the petition without prejudice to the right to re-file once the state court conviction is final and petitioner has exhausted his administrative remedies.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.[1]

---

[1] Petitioner received a copy of the Report and Recommendation on December 4, 2018 (docket entry no. 5).

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED.** A Final Judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 4th day of February, 2019.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE